IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MALIBU MEDIA, LLC, | )<br>) |
| Plaintiff, | )  No. 13 cv 317<br>) |
| v. | )<br>) |
| JOHN DOE subscriber assigned IP address 24.183.92.115, | )<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

The undersigned counsel for Plaintiff certifies that this party is a non-governmental corporate party and does not have a parent corporation nor a publicly held corporation that owns more than 10% of its stock.

Dated: May 8, 2013

Respectfully submitted,

SCHULZ LAW, P.C.

By:  /s/ *Mary K. Schulz*

Mary K. Schulz, Esq.

1144 E. State Street, Suite A260

Geneva, Il 60134

Tel:  (224) 535-9510

Fax:  (224) 535-9501

Email:  schulzlaw@me.com

*Attorneys for Plaintiff*

1